**DENY; and Opinion Filed September 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00961-CV

### IN RE FORD MOTOR COMPANY, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10896**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice Lewis

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to enter an order severing each of the remaining plaintiffs' claims into separate lawsuits. The facts and issues are well-known to the parties so we do not recount them here. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown it is entitled to the relief requested at this time. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/David Lewis/
DAVID LEWIS
JUSTICE

140961F.P05